MOEN (A. C.), Respondent, vs. MADISON RAILWAYS COMPANY, Appellant.

*April 2—May 1, 1934.*

For the appellant there was a brief by *Schubring, Ryan & Petersen,* and oral argument by *Mr. William Ryan* and *Mr. Ralph E. Axley,* all of Madison.

For the respondent there was a brief by *Darrell MacIntyre,* attorney, and *Lester C. Lee* and *Floyd W. McBurney* of counsel, all of Madison, and oral argument by *Mr. MacIntyre* and *Mr. Lee.*

FOWLER, J. This case was argued and submitted with the case of *Moen (Edith) v. Madison Railways Co.* (*ante,* p. 248, 254 N. W. 641), and is ruled by the decision therein.

*By the Court.*—The judgment of the circuit court is reversed, with instructions to dismiss the complaint.